IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Eleazar Silva, | NO. C 09-03971 JW |
|         Plaintiff, | **JUDGMENT** |
|   v. | |
| Downey Savings & Loan, et al., | |
|         Defendants. | |

Pursuant to the Court's November 12, 2009 Order Granting Defendants' Motion to Dismiss; Remanding Case to State Court, judgment is entered in favor of Defendants U.S. Bank National Association, as the Successor in Interest to the Federal Deposit Insurance Corporation as Receiver for Downey Savings and Loan Association, F.A., and FCI Lender Services, Inc., against Plaintiff Eleazar Silva as to his First Cause of Action for violation of RESPA, 12 U.S.C. §§ 2601, et seq.

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: November 12, 2009

                                              JAMES WARE
                                              United States District Judge

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Eric M. Alderete eric.alderete@usbank.com

3
4 Eleazar Silva
575 Massar Ave
San Jose, CA 95116
5

6

7 **Dated:  November 12, 2009**                    **Richard W. Wieking, Clerk**

8
                                                  **By:      /s/ JW Chambers**
9                                                           **Elizabeth Garcia**
                                                            **Courtroom Deputy**
10